**Order entered October 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01114-CV

### FRISCO ATHLETIC NETWORK, INC. D/B/A/ LONESTAR VOLLEYBALL CLUB, Appellant

### V.

### TRAIN KIDS NOW, INC. D/B/A DX3 ATHLETE, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00767-2018**

## ORDER

The reporter's record is overdue and the court reporter has informed the Court that appellant has not requested preparation of the record. By letter dated October 17, 2019, the Court instructed appellant to provide, within ten days, notice that it has requested preparation of the reporter's record and written verification that it has paid or made arrangements to pay the reporter's fee. We cautioned appellant that failure to comply may result in an order that the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As of today's date, appellant has not complied. Accordingly, we **ORDER** this appeal be submitted without the reporter's record. *See id.*

Appellant's brief on the merits is due **within thirty days** of the date of this order.

/s/    KEN MOLBERG
        JUSTICE